**Motion Granted; Dismissed and Memorandum Opinion filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01126-CV

## BARBARA ANN HUSTON, Appellant

### V.

## STATE FARM LLOYDS, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2012-54789**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed October 10, 2013. On January 16, 2014, appellant filed an amended agreed motion to dismiss the appeal because the parties have reached a settlement agreement, rendering the appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.